## Topham *v.* Potter Title & Trust Company, Appellant.

Argued October 12, 1936.   Before KEPHART, C. J., DREW, LINN and STERN, JJ.

*Howard Zacharias,* for appellant.

*W. W. Stoner* and *J. M. Stoner & Sons,* for appellee, were not heard.

PER CURIAM, November 23, 1936:
Affirmed on the opinions in *Osterling v. Com. Trust Co.,* 320 Pa. 67, and *Roberts's Trust Estate,* 316 Pa. 545. Judgment affirmed.